SAMUEL KORNHAUSER, Bar No. 83528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone: (415) 981-6281

Attorney for Plaintiff, Michael H. Federighi

# UNITED STATES DISTRICT COURT

# FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. FEDERIGHI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SUSAN K. FEDERIGHI, an individual, <br><br> Defendant | **Case No. 4:17-cv-03937-HSG** <br><br> **REQUEST AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE OR FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date: October 10, 2017 <br> Time: 2:00PM <br> Ctrm: 10, 19th Fl. <br><br> Action Filed: July 12, 2017 <br> Trial Date: None |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff Michael K. Federighi hereby requests that the October 10, 2017 Case Management Conference be continued one week to October 17, 2017 to permit Plaintiff's counsel, Samuel Kornhauser, of the Law Offices of Samuel Kornhauser to personally appear at the Case Management Conference. The undersigned will be out of town on a previously planned vacation with his family and has already purchased non-refundable airfare tickets. The undersigned represents that he has consulted with counsel for Defendant Susan K. Federighi but has not received a response. However, in the event that this Court does not continue the Case Management Conference, Plaintiff requests that his counsel be permitted to appear by telephone.

Pursuant to Local Civil Rule 16-10(a), Plaintiff Michael H. Federighi, ("Plaintiff") respectfully requests that this Court grant permission for Samuel Kornhauser of Law Offices of Samuel Kornhauser, counsel for Plaintiff, to appear by telephone for the Case Management Conference currently scheduled for October 10, 2017, at 2:00 p.m. ("October 10 Case Management Conference"). In support of this request, the undersigned counsel represents that (1) counsel for Defendant Susan K. Federighi was called but has not responded to this request, (2) Plaintiff's request is made more than seven (7) days in advance of the October 10, 2017 Case Management Conference, in accordance with Local Civil Rule 16-10; and (3) Plaintiff will be out of town on a previously planned vacation and has already purchased non-refundable tickets.

WHEREFORE, Plaintiff respectfully requests that the Court continue the October 10, 2017 Case Management Conference to October 17, 2017, or in the alternative, Plaintiff requests that his counsel, Samuel Kornhauser, be permitted to appear telephonically at the October 10, 2017 Case Management Conference.

DATED: September 19, 2017　　　　　　LAW OFFICES OF SAMUEL KORNHAUSER

By: _____/s/ Samuel Kornhauser_____
　　　Samuel Kornhauser
　　　Attorney for Plaintiff,
　　　Michael H. Federighi

**ORDER**

Plaintiff Michael H. Federighi's request to continue the October 10, 2017 Case Management Conference to October 17, 2017 is hereby GRANTED.

**IT IS SO ORDERED.**

Date: 9/20/2017

*Haywood S. Gill, Jr.*
United States District Court Judge

LAW OFFICES
SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, CA 94111

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **REQUEST AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE OR FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** have been filed electronically with the U.S. District Court, Northern District of California this 19th day of September 2017. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

By: */s/ David Truong*
David Truong